UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

LEON HOWARD,  )
 )
       Petitioner,  )
v.  )  No. 1:06-cv-1559-SEB-VSS
 )
MARK BEZY, Warden,  )
 )
       Respondent.  )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 01/18/2007

Distribution:

Leon J. Howard, JR.
24906-044
Federal Prison Camp
PO Box 12014
Terre Haute, IN 47801